# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MICHAEL RAMIREZ,

      Plaintiff,

v.                                     Case No: 8:13-cv-1639-T-30EAJ

AVESTA HOMES LLC,

      Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Dkt. #19). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      The Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Dkt. #19) is GRANTED. The parties' proposed settlement is approved.

2.      This case is dismissed with prejudice.

3.      The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record